# United States District Court
# For The Western District of North Carolina
# Asheville Division

ALVIN GREGORY LYTLE,

    Petitioner

vs.

UNITED STATES OF AMERICA,

    Respondent

JUDGMENT IN A CIVIL CASE

1:11CV176
1:06CR38

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 05/22/2012 Order.

FRANK G. JOHNS, CLERK

Signed: May 23, 2012

Frank G. Johns, Clerk
United States District Court